UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Sprague Energy Corporation</u>,
    Plaintiff

    v.                                         Civil No. 09-cv-175-SM

<u>Moran Towing Corporation</u>,
    Defendant

### **RECUSAL ORDER**

Due to my former firm's representation of the defendant in this case, I am recusing myself.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

June 30, 2009

cc:  Michael X. Savasuk, Esq.
     Rodkey Craighead, Jr., Esq.
     David A. Garfunkel, Esq.